# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal Action No. 13- 7ⓑ-2__UNA |
| | ) | |
| SANADODEH NESHEIWAT, | ) | Under Seal |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Charles M. Oberly,

III, United States Attorney for the District of Delaware, and Edward J. McAndrew,

Assistant United States Attorney for the District of Delaware, hereby moves the Court for

the issuance of an arrest warrant against the Defendant Sanadodeh Nesheiwat pursuant to

an Indictment returned under seal in this matter.

Respectfully submitted,

CHARLES M. OBERLY, III
United States Attorney

BY:   */s/ Edward J. McAndrew*
Edward J. McAndrew
Assistant United States Attorney

Dated:  September 25, 2013

AND NOW, this **25th** day of September 2013, based upon the

foregoing Motion, **IT IS ORDERED** that an arrest warrant be issued for the arrest and

apprehension of David Pokora.

Honorable Sherry R. Fallon
United States Magistrate Judge