

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal Action No. 13-78-2-UNA |
| ) | |
| SANADODEH NESHEIWAT, ) | Under Seal |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Charles M. Oberly, III, United States Attorney for the District of Delaware, and Edward J. McAndrew, Assistant United States Attorney for the District of Delaware, hereby moves the Court for the issuance of an arrest warrant against the Defendant Sanadodeh Nesheiwat pursuant to an Indictment returned under seal in this matter.

Respectfully submitted,

CHARLES M. OBERLY, III
United States Attorney

BY:   /s/ Edward J. McAndrew
Edward J. McAndrew
Assistant United States Attorney

Dated: September 25, 2013

AND NOW, this __26th__ day of September 2013, based upon the foregoing Motion, **IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Sandodeh Nesheiwat.

_____
Honorable Sherry R. Fallon
United States Magistrate Judge